IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION

BRENT A. ZELLERS,

    Plaintiff,

vs.                          CASE NO.: 4:10cv340-SPM-WCS

FLORIDA PRISON HEALTH SERVICES, et al.,

    Defendants.

_____/

**ORDER ADOPTING REPORT AND RECOMMENDATION**

THIS CAUSE comes before the court upon the Magistrate Judge's Report and Recommendation (doc. 7).  The Parties have been furnished copies and have been afforded an opportunity to file objections pursuant to Title 28, United States Code, Section 636(b)(1).  No objections have been filed.  Having considered the Report and Recommendation, it is hereby ORDERED AND ADJUDGED as follows:

1.     The Magistrate Judge's Report and Recommendation (doc. 7) is *adopted* and incorporated by reference in this order.

2.     This case is dismissed without prejudice.

DONE AND ORDERED this twenty-ninth day of June, 2011.

                                        *s/ Stephan P. Mickle*
                                        Stephan P. Mickle
                                        Senior United States District Judge